Charles HARTER, Appellant,

v.

UNION ELECTRIC COMPANY d/b/a Ameren Missouri; Public Service Commission of State of Missouri and Office of Public Counsel, Respondents.

WD 77120

Missouri Court of Appeals,
Western District.

Filed: February 17, 2015

Application for Transfer to Supreme Court Denied March 31, 2015

Charles A. Harter, Appellant Pro Se, St. Louis, MO.

Jennifer L. Heintz, Jefferson City, MO for PSC; Dustin J. Allisoin, Christina L. Baker and Marc D. Poston, Jefferson City for Office of Public Counsel, for respondents.

Before Division Four: Alok Ahuja, C.J., Cynthia L. Martin, J., and Randall Jackson, Sp. J.

## ORDER

PER CURIAM:

Appellant Charles Harter entered into a cold weather payment agreement with his electric utility provider, Respondent Union Electric Company d/b/a Ameren Missouri. Harter subsequently defaulted on the payment agreement. Ameren notified Harter that it intended to disconnect his service. Harter requested that the cold weather payment agreement be reinstated, but Ameren refused. Harter filed a complaint with the Missouri Public Service Commission to challenge Ameren's refusal to reinstate the cold weather agreement. The Commission denied Harter's complaint. Harter appeals. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).